UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LOPEZ-LOPEZ,<br><br>　　　　　Defendant. | No.  1:14-mj-00071 SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

　　　The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

　☑　The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

　☐　The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

　☑　The defendant is to be transported to the Southern District of Texas as soon as practicable.

　　　This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:　**May 1, 2014**　　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE